UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
GUILLERMO GONZALES, individually and on behalf of all
others similarly situated,

                                  Plaintiff,        **08 CV 03887 (RWS) (DFE)**

                                                    **NOTICE OF**
   -against-                         **APPEARANCE**

                                                    **ECF Case**

SPICE PLACE, INC., SPICE AVE., INC., BANGKOK
PALACE II, INC., SPICE CITY, INC., SPICE WEST, INC.
KITLEN MANAGEMENT, INC., KITTIGRON
LIRTPANARUK, and YONGYUT LIMLEARTVATE,

                                  Defendants.
------------------------------------------------------------------------X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

       Please enter my appearance as co-counsel in this case with the Law Office of Richard E. Signorelli for defendants SPICE PLACE, INC., SPICE AVE., INC., BANGKOK PALACE II, INC., SPICE CITY, INC., SPICE WEST, INC., KITLEN MANAGEMENT, INC., KITTIGRON LIRTPANARUK AND YONGYUT LIMLEARTVATE, in the above-captioned case. I certify that I am admitted to practice in this court.

Dated: Jericho, New York
       July 3, 2008

                                                     LIPMAN & PLESUR, LLP

                                 By:          /s/
                                         Robert D. Lipman (RL 3564)
                                         Co-Counsel for Defendants
                                         500 North Broadway, Suite 105
                                         Jericho, NY 11753
                                         Telephone:   516-931-0050
                                         E-mail:        lipman@lipmanplesur.com