Jul. 3. 2008 11:52AM                                                                 No.6480  P. 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
GUILLERMO GONZALES, individually and on behalf of all
others similarly situated,

                                      Plaintiff,

-against-

SPICE PLACE, INC., SPICE AVE., INC., BANGKOK
PALACE II, INC., SPICE CITY, INC., SPICE WEST, INC.
KITLEN MANAGEMENT, INC., KITTIGRON
LIRTPANARUK, and YONGYUT LIMLEARTVATE,

                                      Defendants.
----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/08

08 CV 03887 (RWS) (DFE)

**STIPULATION**

**ECF Case**

       IT IS HEREBY STIPULATED AND AGREED that Defendants waive any objection to service and the time to answer or otherwise move with respect to the Amended Complaint in the above matter is hereby extended from July 8, 2008 through and including July 28, 2008.

July 3, 2008                 By: _____
                                        Robert D. Lipman (RL 3564)
                                        Lipman & Plesur, LLP
                                        Co-Counsel for Defendants
                                        500 North Broadway, Suite 105
                                        Jericho, New York 11753
                                        Telephone:   516-931-0050
                                        E-mail:        lipman@lipmanplesur.com

July 3, 2008                 By: _____  Robert L. Rollin
                                        Peter G. Eikenberry (PE 7257)
                                        The Law Office of Peter G. Eikenberry
                                        Attorney for Plaintiff
                                        74 Trinity Place, Suite 1609
                                        New York, New York 10006
                                        Telephone:   212-385-1050
                                        E-mail:        pete@eikenberrylaw.com

SO ORDERED:

_____
U.S.D.J.
7-9-08

RECEIVED
JUL 0 7 2008
JUDGE SWEET CHAMBERS