UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
GUILLERMO GONZALEZ,                         :      08 CV 3887 (RWS)
:
            Plaintiff,                      :
    - v. -                                  :      **NOTICE OF APPEARANCE**
:
SPICE PLACE, INC., et al.,                  :
:
            Defendants.                     :
:
-------------------------------------------------------------x

      PLEASE TAKE NOTICE, that Richard E. Signorelli of the Law Office of Richard E. Signorelli, an attorney admitted to practice in the United States District Court for the Southern District of New York, hereby appears as co-counsel of record for each of the named defendants in the above-captioned case.

Dated: July 15, 2008
      New York, New York

                                  LAW OFFICE OF
                                  RICHARD E. SIGNORELLI

                                  /s/

               By:    _____
                        Richard E. Signorelli (RS-7976)
                        799 Broadway, Suite 539
                        New York, NY 10003
                        Telephone:    212 254 4218
                        Facsimile:    212 254 1396
                        rsignorelli@nycLITIGATOR.com℠
                        www.nycLITIGATOR.com℠
                        Attorney for the Defendants