UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

GUILLERMO GONZALES,
individually and on behalf of others
similarly situated,

                Plaintiff,

   - against -

SPICE PLACE, INC., SPICE AVE., INC.,
BANGKOK PALACE II, INC., SPICE CITY,
INC., SPICE WEST, INC., KITLEN
MANAGEMENT, KITTIGRON LIRTPANARUK, and
YONGYUT LIMLEARTVATE,

                Defendants.

------------------------------------------X

08 Civ. 3887 (RWS)

O R D E R

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 8/11/08*

Sweet, D.J.,

      Defendants' Motion to Dismiss, dated July 29, 2008, will be heard at noon on September 17, 2008, in Courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

      It is so ordered.

New York, NY
August   , 2008

                                      ROBERT W. SWEET
                                          U.S.D.J.