# LAW OFFICE OF
# RICHARD E. SIGNORELLI
## ATTORNEY AT LAW

799 Broadway, Suite 539, New York, New York 10003
Telephone: (212) 254-4218 Cellular: (917) 750-8842 Facsimile: (212) 254-1396
Website: www.nycLITIGATOR.com℠ E-mail: rsignorelli@nycLITIGATOR.com℠

August 13, 2008

**VIA FACSIMILE:** 212-805-7925
Honorable Robert W. Sweet
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

RECEIVED AUG 14 2008 JUDGE SWEET CHAMBERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08

Re: Gonzales v. Spice Place, Inc. et al.
08 CV 3887 (RWS)

Dear Judge Sweet:

We are co-counsel for Defendants Spice Place, Inc., Spice Ave., Inc. Bangkok Palace II, Inc., Spice City, Inc., Spice West, Inc., Kitlen Management, Inc., Kittigron Lirtpanaruk and Yongyut Limleartvate in the above-referenced case. I write to respectfully request an extension of the deadline for Defendants to file their reply in further support of their motion to dismiss to and including August 25, 2008. The current deadline is August 15, 2008. The requested extension does not affect any other scheduled dates.[1]

This is the first request by any party for an extension of any deadline relating to the motion to dismiss. Plaintiff has consented to this request.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

So ordered
Sweet USDJ
8.20.08

Bryan Ha

---

[1] The motion to dismiss is scheduled to be heard at noon on September 17, 2008.

cc: Peter G. Eikenberry, Esq. (via facsimile: 212-385-1017)
    Michael A. Faillace, Esq. (via facsimile: 212-317-1620)
    Robert D. Lipman, Esq. (via e-mail)