USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-4-08

# LAW OFFICE OF
# RICHARD E. SIGNORELLI
## ATTORNEY AT LAW



799 Broadway, Suite 539, New York, New York 10003

Telephone: (212) 254-4218  Cellular: (917) 750-8842  Facsimile: (212) 254-1396

Website: www.nycLITIGATOR.com℠   E-mail: rsignorelli@nycLITIGATOR.com℠

August 22, 2008

**VIA FACSIMILE: 212-805-7925**
Honorable Robert W. Sweet
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

*So ordered*
*Sweet USDJ*
*8.28.08*

    Re:    Gonzales v. Spice Place, Inc. et al.
           08 CV 3887 (RWS)

Dear Judge Sweet:

    Our firm is co-counsel for Defendants Spice Place, Inc., Spice Ave., Inc. Bangkok Palace II, Inc., Spice City, Inc., Spice West, Inc., Kitlen Management, Inc., Kittigron Lirtpanaruk and Yongyut Limleartvate in the above-referenced case. I write to respectfully request an extension of the deadline for Defendants to file reply papers in further support of their motion to dismiss to and including September 4, 2008. The current deadline is August 25, 2008.

    We are requesting this extension due to professional scheduling conflicts and previously-scheduled vacations. Among other things, I was engaged in a one and a half-week trial that just ended this week and Richard Signorelli, the attorney in charge of this case, has just returned from a vacation and was on jury duty earlier this week and has court-ordered depositions scheduled this week and next week. In addition, co-counsel Robert D. Lipman has been out of the office on vacation.

    This is Defendants' second request for an extension of the reply deadline. The requested extension does not affect the return date of the motion (September 17, 2008) or any other scheduled dates. Plaintiff's counsel has consented to this request.

    Thank you for Your Honor's consideration of this request.

Respectfully submitted,

Bryan Ha

cc: Peter G. Eikenberry, Esq. (via facsimile: 212-385-1016)
    Michael A. Faillace, Esq. (via facsimile: 212-317-1620)
    Richard E. Signorelli, Esq. (via e-mail)
    Robert D. Lipman, Esq. (via e-mail)