UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GUILLERMO GONZALES, individually and on behalf
of all others similarly situated,

08 CV 3887 (RWS)

Plaintiff,

Oral Argument Requested

-against-

**NOTICE OF MOTION**

SPICE PLACE, INC., SPICE AVE., INC.,
BANGKOK PALACE II, INC., SPICE CITY, INC.,
SPICE WEST, INC., KITLEN MANAGEMENT, INC.,
KITTIGRON LIRTPANARUK and YONGYUT
LIMLEARTVATE,

Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/09

PLEASE TAKE NOTICE that, upon the annexed Affirmation of Robert D. Lipman and the exhibits thereto, the accompanying memorandum of law, and all the pleadings and proceedings heretofore had herein, Defendants Spice Place, Inc., Spice Ave., Inc., Bangkok Palace II, Inc., Spice City, Inc., Spice West, Inc., Kitlen Management, Inc., Kittigron Lirtpanaruk and Yongyut Limleartvate will move this Court before the Honorable Robert W. Sweet, United States District Judge, in Courtroom 18C at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an order: (1) dismissing this action on the ground that it is duplicative of a previously-filed action, <u>Castro et al. v. Spice Place, Inc. et al.</u>, S.D.N.Y. Civ. No. 07-cv-4657 (RWS); (2) dismissing this action pursuant to Fed. R. Civ. P. 12(b)(6) for failure to adequately state a claim upon which relief can be granted; (3) dismissing this action pursuant to Fed. R. Civ. P. 12(b)(7) for failure to join a party under Fed. R. Civ. P. 19; (4) dismissing plaintiff's claims under the Federal Labor Standards Act as time-barred to the extent he seeks relief

*In view of the pendency of the companion case, this motion was stayed and is now denied without prejudice to renewal. So ordered.*

*/s/ Sweet, USDJ   9-29-09*

based on the work plaintiff allegedly performed at the restaurant located at 60 University Place, New York, New York, from approximately November 2001 until November 2004; and (5) for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       July 28, 2008

                    LAW OFFICE OF
                    RICHARD E. SIGNORELLI

By: _____/s/_____
    Richard E. Signorelli (RS 7976)
    Bryan Ha (BH 5295)
    Co-Counsel for Defendants
    799 Broadway, Suite 539
    New York, NY  10003
    Telephone:     212-254-4218
    Facsimile:     212-254-1396
    E-mail:  rsignorelli@nycLITIGATOR.com

    Robert D. Lipman (RL 3564)
    Lipman & Plesur, LLP
    Co-Counsel for Defendants
    500 North Broadway, Suite 105
    Jericho, NY  11753
    Telephone:     516-931-0050
    Facsimile:     516-931-0030
    E-mail:  lipman@lipmanplesur.com